# EXHIBIT A

Skip To MainContent

[Search box] Search

 **WARNING: Bogus Phone Calls, Emails May Lead to Fraud.**   Read More...

Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2017-014286 | Judge: | Martin, Daniel |
| File Date: | 11/1/2017 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Thomas Harmon | Plaintiff | Male | Christopher Goodman |
| Apex Medical Staffing L L C | Plaintiff | | Christopher Goodman |
| Gavin Hays | Defendant | Male | Pro Per |
| Springboard Inc | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 11/16/2017 | AFS - Affidavit Of Service | 11/21/2017 | |
| NOTE: SPRINGBOARD INC | | | |
| 11/16/2017 | AFS - Affidavit Of Service | 11/21/2017 | |
| NOTE: GAVIN HAYS | | | |
| 11/16/2017 | SUM - Summons | 11/20/2017 | |
| 11/16/2017 | SUM - Summons | 11/20/2017 | |
| 11/1/2017 | COM - Complaint | 11/2/2017 | |
| 11/1/2017 | CCN - Cert Arbitration - Not Subject | 11/2/2017 | |
| 11/1/2017 | CSH - Coversheet | 11/2/2017 | |

## Case Calendar

There are no calendar events on file

## Judgments

There are no judgments on file